1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      MICHAEL BUSSE,                              No.  2:23-cv-2575 DMC P

12                   Plaintiff,

13            v.                                     ORDER

14      STATE OF CALIFORNIA, et al.,

15                   Defendants.

16

17            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18      U.S.C. § 1983.  Plaintiff has neither filed an application to proceed in forma pauperis pursuant to

19      28 U.S.C. § 1915 nor paid the filing fee for this action.

20            The federal venue statute provides that a civil action "may be brought in (1) a judicial

21      district in which any defendant resides, if all defendants are residents of the State in which the

22      district is located, (2) a judicial district in which a substantial part of the events or omissions

23      giving rise to the claim occurred, or a substantial part of property that is the subject of the action

24      is situated, or (3) if there is no district in which an action may otherwise be brought as provided in

25      this action, any judicial district in which any defendant is subject to the court's personal

26      jurisdiction with respect to such action."  28 U.S.C. § 1391(b).

27      / / /

28      / / /

                                                     1

1    In this case, the claim arose in San Bernardino County, which is in the Central District of

2  California.  Therefore, plaintiff's claim should have been filed in the United States District Court

3  for the Central District of California.  In the interest of justice, a federal court may transfer a

4  complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v.

5  McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

6    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

7  States District Court for the Central District of California.

8

9  Dated:  November 29, 2023

10

   _____

11   DENNIS M. COTA
    UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2